Argued and submitted August 24, sentences vacated, remanded for resentencing
September 28, 1983

## STATE OF OREGON,
*Respondent,*

*v.*

## GEORGE JOHN TURNER,
*Appellant.*

(C82-01-33474, C82-05-35241;
CA A25892, A25893)

669 P2d 388

Gary D. Babcock, Public Defender, Salem, argued the cause and filed the brief for appellant.

Thomas H. Denney, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Dave Frohnmayer, Attorney General, and James E. Mountain, Jr., Solicitor General, Salem.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM.

**PER CURIAM.**

The state concedes, we think correctly, that these cases must be remanded for resentencing.

Sentences vacated; remanded for resentencing.